UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFERY L. KIRK, <br><br> Plaintiff, <br><br> v. <br><br> ROCKWELL COLLINS, <br><br> Defendant. | **ORDER ADOPTING** <br> **REPORT & RECOMMENDATION** <br><br><br> 2:12-CV-01107-DB <br><br> District Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate

Judge Paul M. Warner on February 3, 2015, recommending that Defendant's motion for

judgment on the pleadings and/or for summary judgment be granted and that Plaintiff's

complaint in this case be dismissed with prejudice.

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate

Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.

1

Accordingly, the Court GRANTS the Defendant's motion for judgment on the pleadings and/or

for summary judgment and DISMISSES Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

DATED this 19th day of February, 2015.


BY THE COURT:

DEE BENSON
United States District Judge